**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____     Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **House of Floors of Palm Beach Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **65-0811386** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1081 Holland Drive**<br>**Boca Raton, FL 33487**<br>Number, Street, City, State & ZIP Code | **P.O. Box 810095**<br>**Boca Raton, FL 33481**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Palm Beach**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.houseoffloors.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **House of Floors of Palm Beach Inc.**                              Case number (*if known*) _____
          Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __2383__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____

District _____   When _____   Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____

District _____   When _____   Case number, if known _____

Debtor    **House of Floors of Palm Beach Inc.**                                    Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **House of Floors of Palm Beach Inc.**                                    Case number (*if known*) _____
          Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  1, 2018**
               MM / DD / YYYY

X **/s/ Donald Brodsky**                                    **Donald Brodsky**
Signature of authorized representative of debtor            Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Robert C. Furr**                          Date **May  1, 2018**
Signature of attorney for debtor                       MM / DD / YYYY

**Robert C. Furr 210854**
Printed name

**Furr & Cohen**
Firm name

**2255 Glades Rd.**
**Suite 337W**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone  **561-395-0500**    Email address _____

**210854 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **House of Floors of Palm Beach Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __May  1, 2018__    X /s/ Donald Brodsky
                                   Signature of individual signing on behalf of debtor

                                   **Donald Brodsky**
                                   Printed name

                                   **President**
                                   Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **House of Floors of Palm Beach Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim amount. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 650448 Dallas, TX 75265 | | Credit Card | | | | $108,977.91 |
| American Express PO Box 650448 Dallas, TX 75265-0448 | | Credit Card | | | | $26,248.05 |
| Amerigas Propane LLP P.O. Box 371473 Pittsburgh, PA 15250-7473 | | Propane Services | | | | $477.30 |
| Cain & Bultman P.O. Box 2815 Jacksonville, FL 32203 | | Flooring Products | | | | $7,978.52 |
| Carpenter Co. P.O. Box 75252 Charlotte, NC 28275 | | Comfort Cushioning Products | | | | $29,462.47 |
| Cleaning Depot, Inc 6761 W. Sunrise Blvd. #10 Fort Lauderdale, FL 33313 | | Cleaning Products Supplier | | | | $1,933.44 |
| Gilford-Johnson Flooring 3001 Hamburg Pike Jeffersonville, IN 47130 | | Flooring Distributor | | | | $5,415.18 |
| House of Floors of Tampa 8521 Sunstate Street Tampa, FL 33634 | | Materials purchased and services rendered | Disputed | | | $15,704.73 |
| House of Floors Orlando P.O. Box 522618 Longwood, FL 32752 | | Software Maintenance | | | | $447.20 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **House of Floors of Palm Beach Inc.** | | | Case number *(if known)* | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Logicstek Corp P.O. Box 520682 Longwood, FL | | Services | | | | **$2,500.00** |
| Maxxon Corporation 920 Hamel Road Hamel, MN 55340 | | Floor Underlayment Distributor | | | | **$16,710.12** |
| MKA, LLC 501 S. New York Avenue Suite 100 Winter Park, FL 32789 | | Sales Leads and Sales Intelligence Services | | | | **$9,000.00** |
| Mohawk Factoring, LLC P.O. Box 935550 Atlanta, GA 31193-5550 | | Flooring Distributor | | | | **$27,186.30** |
| Patriot  DB 342 Pike Road Suite 14 West Palm Beach, FL 33411 | | Flooring Supplier | | | | **$19,079.33** |
| Republic Services 7329 7th Place N. West Palm Beach, FL 33411 | | Garabage Collection Services | | | | **$12,570.23** |
| Shaw Industries, Inc 3435 Dug Gap Road Dalton, GA 30720 | | Equipment Sold | Disputed | | | **$314,451.20** |
| Spot Holdings, LLC 1081 Holland Drive Boca Raton, FL 33487 | | Lease | | | | **$353,320.00** |
| Travelers Insurance P.O. Box 660317 Dallas, TX 75266-0317 | | Insuarance Provider | | | | **$35,629.60** |
| Verizon Wireless P.O. Box  4001 Acworth, GA 30101 | | Phone Service | | | | **$1,287.71** |
| Verizon Wireless P.O. Box  4001 Acworth, GA 30101 | | Phone Service | | | | **$827.36** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **House of Floors of Palm Beach Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:    Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................................... $      **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................................ $      **1,096,619.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................................. $      **1,096,619.00**

### Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      **746,509.84**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$      **990,180.80**

4.  **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b        $      **1,736,690.64**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name          **House of Floors of Palm Beach Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **$100.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank United, N.A.** | **Commercial Analysis Checking** | **8301** | **$48,000.00** |
| 3.2. | **Wells Fargo Bank, N.A.** | **Analyzed Business Checking** | **6281** | **$24,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$72,100.00** |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **House of Floors of Palm Beach Inc.**                                    Case number *(If known)* _____

Name

11.    **Accounts receivable**

11a. 90 days old or less:          **732,232.00**  -          **0.00**  = ....          **$732,232.00**

face amount                              doubtful or uncollectible accounts

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          **$732,232.00**

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies Flooring Inventory - See Attached List | April 30, 2018 | Unknown | N/A | $217,078.00 |

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.          **$217,078.00**

24.    **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **House of Floors of Palm Beach Inc.**                    Case number *(If known)* _____
        Name

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **Furniture and Fixtures - See Attached List** | **Unknown** | **N/A** | **$5,405.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Computers, Communication and Software - See Attached List** | **Unknown** | **N/A** | **$2,000.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**                                                           | **$7,405.00** |
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2008 A-OK TRAILERS  - Vin No. 5C7EE20228D002210** | **Unknown** | **Comparable sale** | **$3,000.00** |
| 47.2. **2009 Hyundai  Vin No. KMHCM36C49U121460** | **Unknown** | **Comparable sale** | **$1,660.00** |
| 47.3. **2014 Toyota Tacoma - Vin# 5TFNX4CN6EX040310** | **Unknown** | **Comparable sale** | **$9,104.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy

Debtor    **House of Floors of Palm Beach Inc.**                                    Case number *(If known)* _____
                 Name

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**
     **Forklifts, Cutting Machine, Pallet Jacks - See**         **Unknown**   **N/A**                      **$54,040.00**
     **Attached List**

51.  **Total of Part 8.**                                                                     | **$67,804.00** |

     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:**   **Real property**

54.  **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Commercial property Located at 1081 Holland Drive Boca Raton, FL 33487**<br><br>**Legal Description: SOUTH CONGRESS INDUS CENTER LTS 3 & 4 BLK 2** | Lease | $0.00 | | $0.00 |

56.  **Total of Part 9.**                                                                     | **$0.00** |

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No

| Debtor | **House of Floors of Palm Beach Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  Patents, copyrights, trademarks, and trade secrets | | | |
| 61.  Internet domain names and websites www.houseoffloors.com | Unknown | N/A | Unknown |
| 62.  Licenses, franchises, and royalties | | | |
| 63.  Customer lists, mailing lists, or other compilations | | | |
| 64.  Other intangibles, or intellectual property | | | |
| 65.  Goodwill | | | |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **House of Floors of Palm Beach Inc.**
          _____    Case number *(If known)*    _____
          Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $72,100.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $732,232.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $217,078.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,405.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $67,804.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,096,619.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,096,619.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 6

| 2018 INVENTORY | | |
|---|---|---|
| BUCKET OF GLUE | 265 | |
| BOXES OF LVP | 1546 | 38 S/F-CTN |
| BOXES OF LAMINATE | 237 | 26.4 S/F-CTN |
| BOXES OF CERAMIC | 856 | 15 S/F- CTN |
| BOXES OF BASE | 34 | 120' |
| CARPET TILE | 224 | 5.33 S/Y-CTN |
| WINDOW SILLS | 47 | 6' |
| AREA RUGS | 86 | |
| BOXES OF VCT | 106 | 45 S/F - CTN |
| CARPET ROLLS SQUARE YARDS | 36,305.00 | S/Y |
| 6' SHEET VINYL | 296.67 | S/Y |
| 12' SHEET VINYL | 11,731.33 | S/Y |
| ENGINEERED WOOD CTNS | 27 | 32 S/F-CTN |
| RUBBER ROLLS | 8 | 100 S/F-ROLL |
| RUBBER TILE | 240 | S/F |
| SOUND CONTROL | 8 | 300 S/F-ROLL |
| GROUT SANDED | 22 | 25 LB |
| GROUT UNSANDED | 50 | 10 LB |
| TILE SAWS | 68 | |
| 18 X 18 HONED SILVER TRAVERTINE | 840 | S/F |
| 12 X 24 POLISHED MARBLE | 240 | S/F |

| **WAREHOUSE EQUIPMENT** | |
|---|---|
| EXTREME 2000 FLOOR POLISHER | 1 |
| EXTREME SYSTEMS CONCRETE GRINDER | 1 |
| FER CHARGE 100 FORKLIFT CHARGER | 1 |
| ARRON POWER PLUS FORKLIFT CHARGER | 1 |
| EXTREME SYSTEM FLOOR CLEANER | 1 |
| BRONCO FLOOR STRIPPER | 1 |
| ACCU-CUT IVC15 CUTTING MACHINE | 1 |
| HUSKY PRO 60 GALLON AIR COMPRESSER | 1 |
| CARPET PULLING MACHINE | 1 |
| PALLET JACKS | 4 |
| CROWN FORKLIFT | 1 |
| YALE FORKLIFT | 2 |
| ROLLING STAIRWAYS | 2 |
| UPRIGHTS | 126 |
| CROSSBEAMS | 332 |
| METAL GRATING SHEETS | 110 |

**OFFICE EQUIPMENT**

| | |
|---|---|
| DESKS | 6 |
| CUBICLES FULL | 4 |
| CUBICLES 1/2 | 5 |
| COMPUTER STATIONS | 8 |
| CREDENZAS | 6 |
| FILE CABINETS | 19 |
| SMALL CONFERENCE TABLE | 1 |
| OFFICE CHAIRS | 13 |
| FULL SIZE REFRIDGERATOR | 1 |
| MINI REFRIDGERATOR | 1 |
| COPIERS LARGE | 1 |
| COPIERS DESKTOP | 4 |

**Fill in this information to identify the case:**

Debtor name __**House of Floors of Palm Beach Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Bank United, FSB**<br>Creditor's Name<br><br>**7815 NW 148 St**<br>**Miami Lakes, FL 33016**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**Feburary 21, 2012**<br>**Last 4 digits of account number**<br>**7484**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**All Inventory, Chattel paper, Accounts, Equipment and General Intangibles.**<br><br><br>**Describe the lien**<br>**UCC and Line of Credit**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $737,321.93 | $1,096,619.00 |
| **2.2** **JP Morgan Chase Bank, N.A.**<br>Creditor's Name<br><br>**P.O. Box 901033**<br>**Fort Worth, TX 76101-2033**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**May 2014**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**2014 Toyota Tacoma - Vin# 5TFNX4CN6EX040310**<br><br><br>**Describe the lien**<br>**Automobile Loan**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $9,187.91 | $9,104.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **House of Floors of Palm Beach Inc.**                          Case number (*if know*) _____
_____
Name

■ No
☐ Yes. Specify each creditor,              ☐ Contingent
including this creditor and its relative    ☐ Unliquidated
priority.                                    ☐ Disputed

---

| 2.3 | **Wells Fargo Bank, N.A.** |
|---|---|

Creditor's Name

**Box 650828**
**Dallas, TX 85465**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                **Unknown**      **Unknown**
**Line of Credit - secured by all inventory.**

_____

**Describe the lien**
**Line of Credit**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$746,509.84** |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Fill in this information to identify the case:

Debtor name   **House of Floors of Palm Beach Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:      List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**2.1** | Priority creditor's name and mailing address
**Florida Department of Revenue**
**5050 West Tennessee Street**
**Tallahassee, FL 32399**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**      Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **Notice Only**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.2** | Priority creditor's name and mailing address
**Internal Revenue Service**
**POB 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**      Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **Notice Only**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    35256                    Best Case Bankruptcy

Debtor **House of Floors of Palm Beach Inc.**      Case number *(if known)* _____
     Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Palm Beach County Tax Collector**
**P.O. Box 3715**
**West Palm Beach, FL 33402-3715**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number **Notice Only**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

   **3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$254.40** |
|---|---|---|---|

**Aetna Health Insurance**
**P.O. Box 775392**
**Chicago, IL 60677-5392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Health Care Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$108,977.91** |
|---|---|---|---|

**American Express**
**P.O. Box 650448**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/8/2017**

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **1002**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,248.05** |
|---|---|---|---|

**American Express**
**PO Box 650448**
**Dallas, TX 75265-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/8/2018**

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **5005**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$477.30** |
|---|---|---|---|

**Amerigas Propane LLP**
**P.O. Box 371473**
**Pittsburgh, PA 15250-7473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Propane Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,978.52** |
|---|---|---|---|

**Cain & Bultman**
**P.O. Box 2815**
**Jacksonville, FL 32203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Flooring Products**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | House of Floors of Palm Beach Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,462.47 |
|---|---|---|---|

**Carpenter Co.**
**P.O. Box 75252**
**Charlotte, NC 28275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Comfort Cushioning Products**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,933.44 |
|---|---|---|---|

**Cleaning Depot, Inc**
**6761 W. Sunrise Blvd. #10**
**Fort Lauderdale, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cleaning Products Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.00 |
|---|---|---|---|

**Commercial Flooring Dist, Inc**
**210 Springview Commerce Dr.**
**Unit 130**
**Debary, FL 32713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Flooring Distributor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103.28 |
|---|---|---|---|

**Federal Express Corp**
**P.O. Box 1140 Dept A**
**Memphis, TN 38101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Shipping Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,415.18 |
|---|---|---|---|

**Gilford-Johnson Flooring**
**3001 Hamburg Pike**
**Jeffersonville, IN 47130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Flooring Distributor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,704.73 |
|---|---|---|---|

**House of Floors of Tampa**
**8521 Sunstate Street**
**Tampa, FL 33634**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Materials purchased and services rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $447.20 |
|---|---|---|---|

**House of Floors Orlando**
**P.O. Box 522618**
**Longwood, FL 32752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Software  Maintenance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **House of Floors of Palm Beach Inc.**                          Case number (if known) _____
_____
Name

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Logicstek Corp**
**P.O. Box 520682**
**Longwood, FL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,710.12 |
|---|---|---|---|

**Maxxon Corporation**
**920 Hamel Road**
**Hamel, MN 55340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Floor Underlayment Distributor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**MKA, LLC**
**501 S. New York Avenue Suite 100**
**Winter Park, FL 32789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Sales Leads and Sales Intelligence Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,186.30 |
|---|---|---|---|

**Mohawk Factoring, LLC**
**P.O. Box 935550**
**Atlanta, GA 31193-5550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Flooring Distributor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.10 |
|---|---|---|---|

**Notice to Owner of Florida, Inc**
**401 Center Pointe Circle**
**Suite 1549**
**Altamonte Springs**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Provides a Notice Service for Customers**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,079.33 |
|---|---|---|---|

**Patriot  DB**
**342 Pike Road Suite 14**
**West Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Flooring Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.42 |
|---|---|---|---|

**Patriot Flooring Supplies, Inc**
**342 Pike Road Suite 14**
**West Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Flooring Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **House of Floors of Palm Beach Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,570.23** |
|---|---|---|---|

**Republic Services**
**7329 7th Place N.**
**West Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Garabage Collection Services__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$314,451.20** |
|---|---|---|---|

**Shaw Industries, Inc**
**3435 Dug Gap Road**
**Dalton, GA 30720**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __8/22/05__

Basis for the claim: __Equipment Sold__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$353,320.00** |
|---|---|---|---|

**Spot Holdings, LLC**
**1081 Holland Drive**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __April 20, 2018__

Basis for the claim: __Lease__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63.47** |
|---|---|---|---|

**The Home Depot**
**P.O. Box 79041**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Credit Card__

Last 4 digits of account number __3601__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,629.60** |
|---|---|---|---|

**Travelers Insurance**
**P.O. Box 660317**
**Dallas, TX 75266-0317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Insuarance Provider__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$347.48** |
|---|---|---|---|

**Unline Shipping**
**P.O. box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Shipping Material__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,287.71** |
|---|---|---|---|

**Verizon Wireless**
**P.O. Box  4001**
**Acworth, GA 30101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Phone Service__

Last 4 digits of account number __0004__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **House of Floors of Palm Beach Inc.**                          Case number (if known) _____
                    Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $827.36 |

**Verizon Wireless**
**P.O. Box  4001**
**Acworth, GA 30101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0001_

**Basis for the claim:** **Phone Service**

Is the claim subject to offset? ☒ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Tripp Scott P.A.**<br>**110 SE 6th Street, 15th Floor**<br>**Fort Lauderdale, FL 33301** | Line **3.22**<br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ 990,180.80 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 990,180.80 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>House of Floors of Palm Beach Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Voice Communication Contract** |
| State the term remaining | **month to month** |
| List the contract number of any government contract | |

4 Voice, LLC
1095 Broken Sound Pkwy NW #201
Boca Raton, FL 33487

| | |
|---|---|
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Internet Contract** |
| State the term remaining | **unknown** |
| List the contract number of any government contract | |

Hotwire Communications
P.O. Box 1187
Bala Cynwyd, PA 19004

| | |
|---|---|
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for Copy Machine** |
| State the term remaining | **unknown** |
| List the contract number of any government contract | **002** |

HYG Financial Services
P.O. Box 310590
Des Moines, IA 50331-0590

| | |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **It Contract** |
| State the term remaining | **Month to Month** |
| List the contract number of any government contract | |

Logicstek Corp
P.O. Box 520682
Longwood, FL

Debtor 1   **House of Floors of Palm Beach Inc.**                                   Case number *(if known)*
_____                                 _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for a 2014 New Forklift** | |
|---|---|---|---|
| | State the term remaining | **July 24, 2020** | **NMHG Financial Services**<br>**10 Riverview Drive**<br>**Danbury, CT 06810** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll Contract** | |
|---|---|---|---|
| | State the term remaining | **May 3, 2019** | **Oasis Outsourcing**<br>**2601 Cattleman Road**<br>**Sarasota, FL 34232** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement to rent prpoerty located at 1081 Holland Drive Boca Raton, FL 33487** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Spot Holdings, LLC**<br>**1081 Holland Drive**<br>**Boca Raton, FL 33487** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Marketing Services** | |
|---|---|---|---|
| | State the term remaining | **April 1, 2019** | **Transworld Business Broker, LLC**<br>**2121 Vista Parkway**<br>**West Palm Beach, FL 33411** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name      **House of Floors of Palm Beach Inc.**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF FLORIDA

Case number (if known)      _____

☐ Check if this is an
   amended filing

Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Donald Brodsky** | **3010 Hampton Cir**<br>**Boca Raton, FL 33434**<br>**Guarantor** | **Bank United, FSB** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Felise Brodsky** | **3010 Hampton Cir**<br>**Boca Raton, FL 33434**<br>**Guarantor** | **Bank United, FSB** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **House of Floors of Palm Beach Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

<u>Official Form 207</u>
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,300,098.00** |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$6,449,000.00** |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$12,434,327.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
|  |  |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
|  |  |  |  |

Debtor    House of Floors of Palm Beach Inc.                              Case number *(if known)*_____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Cain & Bultman<br>P.O. Box 2815<br>Jacksonville, FL 32203 | 3/29/2018<br>2/2/2018 | $7,874.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. Cozen O'Connor | 4/16/18<br>3/12/18<br>2/20/18 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. Greystar | 4/9/18 | $7,449.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. Republic Services<br>7329 7th Place N.<br>West Palm Beach, FL 33411 | 4/27/18<br>4/18/18<br>4/3/18<br>3/15/18<br>3/9/18<br>2/9/18 | $18,591.03 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. Travelers Insurance<br>P.O. Box 660317<br>Dallas, TX 75266-0317 | 3/20/18 | $9,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.6. House of Floors of Tampa<br>8521 Sunstate Street<br>Tampa, FL 33634 | 4/24/18<br>4/19/18<br>3/19/18<br>2/22/18<br>2/15/18<br>2/12/18<br>2/6/18 | $24,360.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. Mohawk Factoring, LLC<br>P.O. Box 935550<br>Atlanta, GA 31193-5550 | 4/27/18<br>4/20/18<br>4/17/18<br>4/13/18<br>4/10/18<br>4/3/18<br>3/23/18<br>3/16/18<br>3/9/18<br>3/5/18<br>2/23/18<br>2/16/18<br>2/12/18<br>2/2/18<br>2/1/18 | $20,888.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    House of Floors of Palm Beach Inc.                                      Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | Check all that apply |
| 3.8. **Patriot  DB**<br>**342 Pike Road Suite 14**<br>**West Palm Beach, FL 33411** | **see attached list** | $74,352.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Shaw Industries, Inc**<br>**3435 Dug Gap Road**<br>**Dalton, GA 30720** | **see attached list** | $450,376.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Donald Brodsky**<br>**3010 Hampton Cir**<br>**Boca Raton, FL 33434**<br>**President** | **2017 Tax Year** | $119,000.00 | **Compensation received for the 2017 Tax Year** |
| 4.2. **Felise Brodsky**<br>**3010 Hampton Cir**<br>**Boca Raton, FL 33434**<br>**Vice President** | **2017 Tax Year** | $117,000.00 | **Compensation received for the 2017 tax year** |

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    House of Floors of Palm Beach Inc.                                    Case number *(if known)* _____

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Spot Holdings, LLC vs. House of Floors of Palm Beach, Inc<br>502018CC004764XXXXSB | Eviction Action | Fifteenth Judicial Circuit<br>205 N Dixie Hwy<br>West Palm Beach, FL 33401 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Furr and Cohen, P.A.<br>2255 Glades Road<br>Suite 337W<br>Boca Raton, FL 33431 | Pre-Petition Attorney's Fees | April 5, 2018 | $10,000.00 |
| | Email or website address<br>www.furrcohen.com | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    __House of Floors of Palm Beach Inc._____    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Furr and Cohen, P.A.** **2255 Glades Road** **Suite 337W** **Boca Raton, FL 33431** | **Pre-Petition Attorney's Fees** | **April 27, 2018** | **$10,000.00** |
| | Email or website address **furrcohen.com** | | | |
| | Who made the payment, if not debtor? | | | |

| | | | | |
|---|---|---|---|---|
| 11.3. | **Furr and Cohen, P.A.** **2255 Glades Road** **Suite 337W** **Boca Raton, FL 33431** | **Post -Petition Retainer for Attorney's Fees** | **May 1, 2018** | **$5,000.00** |
| | Email or website address **furrcohen.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    House of Floors of Palm Beach Inc.                                    Case number *(if known)*

■ No. Go to Part 9.
□ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
□ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

□ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   □ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| House of Floors of Palm Beach, Inc Retirment Plan | EIN: 65-0811386 |

Has the plan been terminated?
■ No
□ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

Debtor    **House of Floors of Palm Beach Inc.**                                Case number *(if known)*

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

---

Debtor    **House of Floors of Palm Beach Inc.**                              Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Moss, Krusick and Associates, LLC**<br>**501 S New York Ave**<br>**Winter Park, FL 32789** | **2016 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Moss, Krusick and Associates, LLC**<br>**501 S New York Ave**<br>**Winter Park, FL 32789** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Donald Brodsky** | **December 2017** | **$763,655.93. The basis is for accounting purposes.** |
| **Name and address of the person who has possession of inventory records**<br>**Alejandro Esquina**<br>**P.O. Box 810095**<br>**Boca Raton, FL 33481** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Donald Brodsky** | **3010 Hampton Cir**<br>**Boca Raton, FL 33434** | **President** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Felise Brodsky** | **3010 Hampton Cir**<br>**Boca Raton, FL 33434** | **Vice President, Secretary and Treasurer.** | **50%** |

Debtor    **House of Floors of Palm Beach Inc.**                                                    Case number *(if known)*

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **Donald Brodsky**<br>**3010 Hampton Cir**<br>**Boca Raton, FL 33434** | **Compensation received based off of the 2017 tax year is $119,000.00** | **2017 Tax Year** | **Compensation** |
| | **Relationship to debtor**<br>**President** | | | |
| 30.2 . | **Felise Brodsky**<br>**3010 Hampton Cir**<br>**Boca Raton, FL 33434** | **Compensation received based off of the 2017 tax year is $117,000.00.** | **2017 Tax Year** | **Compensation** |
| | **Relationship to debtor**<br>**Vice President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **House of Floors Palm Beach, Inc Retirement Plan** | **EIN:**    **65-0811386** |

| Debtor | **House of Floors of Palm Beach Inc.** | Case number *(if known)* | |

---

**Part 14:**  Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  1, 2018**

**/s/ Donald Brodsky**                                              **Donald Brodsky**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

| Filter Vendor: | Date Rnage: | Check Number: | Vendor Invoice: | Vendor Payment History |
|---|---|---|---|---|
| PATRIOT DB ▼ | 1/31/2018  4/30/2018 | | | |
| ☐ Show Installers Only | | | | |

**40 CHECKS | TOTAL AMOUNT: $74,352.82**

| | | VND NUM | VND NAME | CK NUM | CK DATE | CK AMT | VOUCHERS |
|---|---|---|---|---|---|---|---|
| | | PATRIOT | PATRIOT DB | 49169 | 4/27/2018 | $512.79 | 2 |
| | | PATRIOT | PATRIOT DB | 49232 | 4/26/2018 | $1,777.14 | 16 |
| | | PATRIOT | PATRIOT DB | 49200 | 4/20/2018 | $4,517.53 | 27 |
| | | PATRIOT | PATRIOT DB | 49201 | 4/20/2018 | $2,568.10 | 1 |
| | | PATRIOT | PATRIOT DB | 3310 | 4/17/2018 | $2,762.61 | 24 |
| | | PATRIOT | PATRIOT DB | 49173 | 4/17/2018 | $2,201.14 | 1 |
| | | PATRIOT | PATRIOT DB | 49067 | 4/16/2018 | $500.00 | 1 |
| | | PATRIOT | PATRIOT DB | 49127 | 4/10/2018 | $2,201.14 | 1 |
| | | PATRIOT | PATRIOT DB | 49066 | 4/9/2018 | $500.00 | 1 |
| | | PATRIOT | PATRIOT DB | 49124 | 4/5/2018 | $3,931.41 | 23 |
| | | PATRIOT | PATRIOT DB | 49126 | 4/5/2018 | $4,642.99 | 26 |
| | | PATRIOT | PATRIOT DB | 49065 | 4/2/2018 | $500.00 | 1 |
| | | PATRIOT | PATRIOT DB | 49104 | 3/28/2018 | $2,568.00 | 1 |
| | | PATRIOT | PATRIOT DB | 49101 | 3/27/2018 | $4,248.30 | 28 |
| | | PATRIOT | PATRIOT DB | 49064 | 3/26/2018 | $500.00 | 1 |
| | | PATRIOT | PATRIOT DB | 48935 | 3/19/2018 | $500.00 | 1 |
| | | PATRIOT | PATRIOT DB | 49059 | 3/19/2018 | $3,255.64 | 15 |
| | | PATRIOT | PATRIOT DB | 49063 | 3/19/2018 | $1,834.29 | 1 |
| | | PATRIOT | PATRIOT DB | 49022 | 3/13/2018 | $3,504.37 | 23 |
| | | PATRIOT | PATRIOT DB | 49023 | 3/13/2018 | $917.14 | 1 |
| | | PATRIOT | PATRIOT DB | 48934 | 3/12/2018 | $500.00 | 1 |
| | | PATRIOT | PATRIOT DB | 49001 | 3/7/2018 | $3,410.53 | 18 |
| | | PATRIOT | PATRIOT DB | 49002 | 3/7/2018 | $2,201.14 | 1 |
| | | PATRIOT | PATRIOT DB | 48933 | 3/5/2018 | $500.00 | 1 |
| | | PATRIOT | PATRIOT DB | 48999 | 3/5/2018 | $161.22 | 3 |
| | | PATRIOT | PATRIOT DB | 48996 | 3/1/2018 | $2,201.14 | 1 |
| | | PATRIOT | PATRIOT DB | 48979 | 2/28/2018 | $1,406.39 | 10 |
| | | PATRIOT | PATRIOT DB | 48977 | 2/27/2018 | $1,005.37 | 5 |
| | | PATRIOT | PATRIOT DB | 48932 | 2/26/2018 | $500.00 | 1 |
| | | PATRIOT | PATRIOT DB | 48948 | 2/22/2018 | $2,562.12 | 2 |
| | | PATRIOT | PATRIOT DB | 48939 | 2/21/2018 | $148.92 | 1 |
| | | PATRIOT | PATRIOT DB | 48943 | 2/21/2018 | $867.15 | 5 |
| | | PATRIOT | PATRIOT DB | 48936 | 2/19/2018 | $729.63 | 4 |
| | | PATRIOT | PATRIOT DB | 48929 | 2/15/2018 | $1,942.26 | 9 |

| | | | | | |
|---|---|---|---|---|---|
| PATRIOT | PATRIOT DB | 48931 | 2/15/2018 | $2,863.18 | 1 |
| PATRIOT | PATRIOT DB | 48910 | 2/13/2018 | $1,660.58 | 14 |
| PATRIOT | PATRIOT DB | 48883 | 2/8/2018 | $2,247.73 | 15 |
| PATRIOT | PATRIOT DB | 48885 | 2/8/2018 | $1,834.29 | 1 |
| PATRIOT | PATRIOT DB | 48863 | 2/6/2018 | $1,834.29 | 1 |
| PATRIOT | PATRIOT DB | 48861 | 2/2/2018 | $1,834.29 | 1 |

Filter Vendor:
SHAW INDUSTRIES ▼
☐ Show Installers Only

Date Rnage:
1/31/2018   4/30/2018

Check Number:

Vendor Invoice:

# Vendor Payment History

**49 CHECKS | TOTAL AMOUNT: $450,376.08**

| VND NUM | VND NAME | CK NUM | CK DATE | CK AMT | VOUCHERS |
|---------|----------|--------|---------|--------|----------|
| SHAWIND | SHAW INDUSTRIES | 49231 | 4/25/2018 | $2,075.00 | 1 |
| SHAWIND | SHAW INDUSTRIES | 49230 | 4/24/2018 | $2,600.60 | 1 |
| SHAWIND | SHAW INDUSTRIES | 49226 | 4/23/2018 | $6,000.00 | 1 |
| SHAWIND | SHAW INDUSTRIES | 49223 | 4/20/2018 | $7,000.00 | 1 |
| SHAWIND | SHAW INDUSTRIES | 49224 | 4/20/2018 | $6,400.00 | 1 |
| SHAWIND | SHAW INDUSTRIES | 468614 | 4/20/2018 | $6,561.34 | 4 |
| SHAWIND | SHAW INDUSTRIES | 49180 | 4/19/2018 | $3,000.00 | 1 |
| SHAWIND | SHAW INDUSTRIES | 49181 | 4/19/2018 | $4,896.09 | 1 |
| SHAWIND | SHAW INDUSTRIES | 49184 | 4/19/2018 | $2,200.00 | 1 |
| SHAWIND | SHAW INDUSTRIES | 466300 | 4/18/2018 | $11,475.19 | 1 |
| SHAWIND | SHAW INDUSTRIES | 49177 | 4/17/2018 | $6,300.00 | 1 |
| SHAWIND | SHAW INDUSTRIES | 464798 | 4/17/2018 | $1,374.06 | 2 |
| SHAWIND | SHAW INDUSTRIES | 464258 | 4/16/2018 | $23,292.69 | 3 |
| SHAWIND | SHAW INDUSTRIES | 19 | 4/11/2018 | $11,475.19 | 1 |
| SHAWIND | SHAW INDUSTRIES | 49147 | 4/11/2018 | $2,000.00 | 1 |
| SHAWIND | SHAW INDUSTRIES | 49145 | 4/9/2018 | $2,228.88 | 1 |
| SHAWIND | SHAW INDUSTRIES | 458555 | 4/9/2018 | $11,475.19 | 1 |
| SHAWIND | SHAW INDUSTRIES | 452317 | 4/2/2018 | $12,174.81 | 1 |
| SHAWIND | SHAW INDUSTRIES | 49103 | 3/28/2018 | $10,000.00 | 1 |
| SHAWIND | SHAW INDUSTRIES | 3282018 | 3/28/2018 | $11,475.19 | 1 |
| SHAWIND | SHAW INDUSTRIES | 49102 | 3/27/2018 | $3,300.00 | 1 |
| SHAWIND | SHAW INDUSTRIES | 49099 | 3/26/2018 | $5,400.00 | 1 |
| SHAWIND | SHAW INDUSTRIES | 49100 | 3/26/2018 | $4,200.00 | 1 |
| SHAWIND | SHAW INDUSTRIES | 49087 | 3/23/2018 | $10,600.00 | 1 |
| SHAWIND | SHAW INDUSTRIES | 446927 | 3/23/2018 | $11,475.19 | 1 |
| SHAWIND | SHAW INDUSTRIES | 49086 | 3/21/2018 | $4,000.00 | 1 |
| SHAWIND | SHAW INDUSTRIES | 49069 | 3/20/2018 | $3,375.66 | 1 |
| SHAWIND | SHAW INDUSTRIES | 49071 | 3/20/2018 | $2,400.00 | 1 |
| SHAWIND | SHAW INDUSTRIES | 439474 | 3/16/2018 | $9,477.62 | 1 |
| SHAWIND | SHAW INDUSTRIES | 1234 | 3/14/2018 | $11,475.19 | 1 |
| SHAWIND | SHAW INDUSTRIES | 437399 | 3/14/2018 | $4,526.20 | 2 |
| SHAWIND | SHAW INDUSTRIES | 436310 | 3/13/2018 | $7,205.17 | 4 |
| SHAWIND | SHAW INDUSTRIES | 434909 | 3/12/2018 | $6,909.11 | 5 |
| SHAWIND | SHAW INDUSTRIES | 435211 | 3/12/2018 | $4,831.79 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| SHAWIND | SHAW INDUSTRIES | 432341 | 3/8/2018 | $11,475.19 | 1 |
| SHAWIND | SHAW INDUSTRIES | 432355 | 3/8/2018 | $12,218.55 | 2 |
| SHAWIND | SHAW INDUSTRIES | 429374 | 3/5/2018 | $13,853.24 | 4 |
| SHAWIND | SHAW INDUSTRIES | 429381 | 3/5/2018 | $6,965.99 | 2 |
| SHAWIND | SHAW INDUSTRIES | 425827 | 2/28/2018 | $28,936.53 | 1 |
| SHAWIND | SHAW INDUSTRIES | 2282018 | 2/28/2018 | $11,475.19 | 1 |
| SHAWIND | SHAW INDUSTRIES | 422312 | 2/23/2018 | $6,575.66 | 2 |
| SHAWIND | SHAW INDUSTRIES | 421203 | 2/22/2018 | $11,475.19 | 1 |
| SHAWIND | SHAW INDUSTRIES | 419424 | 2/20/2018 | $28,257.37 | 2 |
| SHAWIND | SHAW INDUSTRIES | 418325 | 2/19/2018 | $14,465.16 | 5 |
| SHAWIND | SHAW INDUSTRIES | 2142018 | 2/14/2018 | $11,475.19 | 1 |
| SHAWIND | SHAW INDUSTRIES | 408095 | 2/6/2018 | $11,475.19 | 1 |
| SHAWIND | SHAW INDUSTRIES | 407506 | 2/5/2018 | $13,504.99 | 2 |
| SHAWIND | SHAW INDUSTRIES | 404746 | 2/1/2018 | $23,567.29 | 2 |
| SHAWIND | SHAW INDUSTRIES | 1312018 | 1/31/2018 | $11,475.19 | 1 |

# United States Bankruptcy Court
## Southern District of Florida

In re    **House of Floors of Palm Beach Inc.**                                      Case No.
                                                                    Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Donald Brodsky**<br>**3010 Hampton Cir**<br>**Boca Raton, FL 33434** | | **50%** | **shareholder** |
| **Felise Brodsky**<br>**3010 Hampton Cir**<br>**Boca Raton, FL 33434** | | **50%** | **shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May  1, 2018**                          Signature    **/s/ Donald Brodsky**
                                                             **Donald Brodsky**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re   **House of Floors of Palm Beach Inc.**            Case No. _____
                                      Debtor(s)        Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May  1, 2018** _____          **/s/ Donald Brodsky** _____

                                               **Donald Brodsky/President**
                                               Signer/Title

```
Aetna Health Insurance
P.O. Box 775392
Chicago, IL 60677-5392


American Express
P.O. Box 650448
Dallas, TX 75265


American Express
PO Box 650448
Dallas, TX 75265-0448


American Express
PO Box 981535
El Paso, TX 79998-1535


Amerigas Propane LLP
P.O. Box 371473
Pittsburgh, PA 15250-7473


Bank United, FSB
7815 NW 148 St
Miami Lakes, FL 33016


Cain & Bultman
P.O. Box 2815
Jacksonville, FL 32203


Carpenter Co.
P.O. Box 75252
Charlotte, NC 28275


Cleaning Depot, Inc
6761 W. Sunrise Blvd. #10
Fort Lauderdale, FL 33313


Commercial Flooring Dist, Inc
210 Springview Commerce Dr.
Unit 130
Debary, FL 32713


Federal Express Corp
P.O. Box 1140 Dept A
Memphis, TN 38101
```

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399


Gilford-Johnson Flooring
3001 Hamburg Pike
Jeffersonville, IN 47130


House of Floors of Tampa
8521 Sunstate Street
Tampa, FL 33634


House of Floors Orlando
P.O. Box 522618
Longwood, FL 32752


Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346


JP Morgan Chase Bank, N.A.
P.O. Box 901033
Fort Worth, TX 76101-2033


Logicstek Corp
P.O. Box 520682
Longwood, FL


Maxxon Corporation
920 Hamel Road
Hamel, MN 55340


MKA, LLC
501 S. New York Avenue Suite 100
Winter Park, FL 32789


Mohawk Factoring, LLC
P.O. Box 935550
Atlanta, GA 31193-5550


Notice to Owner of Florida, Inc
401 Center Pointe Circle
Suite 1549
Altamonte Springs

```
Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715


Patriot  DB
342 Pike Road Suite 14
West Palm Beach, FL 33411


Patriot Flooring Supplies, Inc
342 Pike Road Suite 14
West Palm Beach, FL 33411


Republic Services
7329 7th Place N.
West Palm Beach, FL 33411


Shaw Industries, Inc
3435 Dug Gap Road
Dalton, GA 30720


Spot Holdings, LLC
1081 Holland Drive
Boca Raton, FL 33487


The Home Depot
P.O. Box 79041
Saint Louis, MO 63179


Travelers Insurance
P.O. Box 660317
Dallas, TX 75266-0317


Tripp Scott P.A.
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301


Unline Shipping
P.O. box 88741
Chicago, IL 60680-1741


Verizon Wireless
P.O. Box  4001
Acworth, GA 30101
```

Wells Fargo Bank, N.A.
Box 650828
Dallas, TX 85465


4 Voice, LLC
1095 Broken Sound Pkwy NW #201
Boca Raton, FL 33487


Donald Brodsky
3010 Hampton Cir
Boca Raton, FL 33434


Felise Brodsky
3010 Hampton Cir
Boca Raton, FL 33434


Hotwire Communications
P.O. Box 1187
Bala Cynwyd, PA 19004


HYG Financial Services
P.O. Box 310590
Des Moines, IA 50331-0590


NMHG Financial Services
10 Riverview Drive
Danbury, CT 06810


Oasis Outsourcing
2601 Cattleman Road
Sarasota, FL 34232


Transworld Business Broker, LLC
2121 Vista Parkway
West Palm Beach, FL 33411